STATE v. ZIADY

No. 156 PC.

Case below: 44 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

SUGGS v. HOAGLIN

No. 143 PC.

Case below: 43 N.C. App. 620.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.